**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 19-CV-25189-RNS**

NATACHA ALEXANDRE,

      Plaintiff,

v.

CITY NATIONAL BANK OF FLORIDA,
A Florida corporation,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

      Defendant, by and through its, undersigned counsel, hereby notify the Court that the parties have reached a settlement of this matter.

      The Parties have agreed to general settlement terms and expect to complete and execute a Settlement Agreement and Release within the next 14 days.  The Parties will file the Joint Stipulation of Dismissal. The Parties request the Court retain jurisdiction to enforce the settlement agreement.

                    Respectfully submitted,

                    JACKSON LEWIS P.C.
                    One Biscayne Tower, Suite 3500
                    Two South Biscayne Boulevard
                    Miami, Florida 33131
                    Telephone: (305) 577-7600

                    */s/ Pedro Forment*_____
                    Pedro Forment, Esq.
                    Florida Bar No.: 61026
                    E-mail: pedro.forment@jacksonlewis.com
                    Edwin Cruz, Esq.
                    Florida Bar No. 55579
                    E-mail: edwin.cruz@jacksonlewis.com
                    *Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.


s/ *Pedro Forment*
Pedro P. Forment, Esq.


### SERVICE LIST

**United States District Court for the Southern District of Florida**
*Natacha Alexandre v. City National Bank of Florida*

### CASE NO.: 19-CV-25189-RNS

James Jean-Francois, Esq.
FL. Bar No. 0495115
E-mail: jamesjeanfrancoisesq@hotmail.com
E-mail: jjonlaw@hotmail.com
James Jean-Francois, P.A.
Duty Free America, Suite 211
6100 Hollywood Boulevard
Hollywood, FL 33024
Telephone: (954) 987-8832

*Attorney for Plaintiff*

Pedro P. Forment, Esq.
Florida Bar No. 61026
E-mail: pedro.forment@jacksonlewis.com
Edwin Cruz, Esq.
Florida Bar No. 55579
E-mail: edwin.cruz@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-577-7600

*Attorneys for Defendant*

4812-1904-8398, v. 1