**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 19-CV-25189-RNS**

NATACHA ALEXANDRE,

        Plaintiff,

v.

CITY NATIONAL BANK OF FLORIDA,
A Florida corporation,

        Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff, NATACHA ALEXANDRE ("Plaintiff") and Defendant, CITY NATIONAL BANK OF FLORIDA ("Defendant"), (collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate that all claims be dismissed with prejudice, with each party to bear his/its own attorneys' fees, costs and disbursements.

Dated: October 30, 2020

| | |
|---|---|
| By: _s/James Jean-Francois_ | By: _s/Pedro Forment_ |
| James Jean-Francois, Esq. | Pedro P. Forment, Esq. |
| Florida Bar No. 0495115 | Florida Bar No. 61026 |
| E-mail: jamesjeanfrancoisesq@hotmail.com | E-mail: pedro.forment@jacksonlewis.com |
| E-mail: jjonlaw@hotmail.com | Edwin Cruz, Esq. |
| James Jean-Francois, P.A. | Florida Bar No. 55579 |
| Duty Free America, Suite 211 | E-mail: edwin.cruz@jacksonlewis.com |
| 6100 Hollywood Boulevard | JACKSON LEWIS P.C. |
| Hollywood, FL 33024 | One Biscayne Tower, Suite 3500 |
| Telephone: (954) 987-8832 | 2 South Biscayne Boulevard |
| *Attorney for Plaintiff* | Miami, FL 33131 |
| | Telephone: 305-577-7600 |
| | *Attorneys for Defendant* |